## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

REGINALD SALLIS,

          Plaintiff,

vs.

DR. WILLIAM PONTARELLI, DR.
IGNATIUS BRADY, ANDRES AYOOB,
UNIVERSITY OF IOWA MEDICAL
CENTER,

          Defendants.

No. C07-0064-LRR

ORDER TRANSFERRING CASE

---

     This matter is before the court pursuant to the plaintiff's complaint and application for to proceed informa pauperis. The Clerk of Court filed the plaintiff's complaint and application on June 27, 2007.

     The complaint is brought under 42 U.S.C. § 1983 and jurisdiction is predicated on 28 U.S.C. § 1343(a). The defendants are located in the Southern District of Iowa and the events giving rise to the plaintiff's claims arose in the Southern District of Iowa. Venue in this district is not proper because the defendants are not located in the Northern District of Iowa and the events giving rise to the plaintiff's claims did not occur in the Northern District of Iowa. *See* 28 U.S.C. § 1391(b). Nevertheless, venue is proper in the Southern District of Iowa because the defendants are located in that district and the plaintiff's claims arose there. *Id*. In the interest of justice, this case is transferred forthwith to the United States District Court for the Southern District of Iowa. *See* 28 U.S.C. § 1404(a); 28 U.S.C. § 1406(a). The Clerk of Court is directed to file the complaint without the prepayment of fees and costs for the purpose of transferring the case, retain a copy of the file and send the entire file to the Southern District at Des Moines.

By this order, the court expresses no opinion as to whether the complaint is barred by 28 U.S.C. § 1915A and does not rule on the plaintiff's application to proceed in forma pauperis.

**IT IS SO ORDERED**.

**DATED** this 9th day of July, 2007.


LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA